**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

**IN RE:** Case No. **1:16-bk-45105**

**Puglisi, Irina & Puglisi, Giuseppe** Chapter **7**

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **January 16, 2017**, a copy of **Motion to Allow Debtor Giuseppe Puglisi to Appear** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted,
**Puglisi, Irina**

*/s/ Irene Costello*
**Irene Costello 519631 New York**
**Shipkevich Law**
**65 Broadway # 508**
**New York, NY  10006-2538**

**icostello@shipkevich.com**

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| **Puglisi, Irina**<br>535 Neptune Ave<br>Apt 14H<br>Brooklyn, NY  11224-4032 | **Puglisi, Giuseppe**<br>535 Neptune Ave<br>Apt 14H<br>Brooklyn, NY  11224-4032 | **Bby/cbna**<br>50 NW Point Blvd<br>Elk Grove Village, IL  60007-1032 |
| **Bby/cbna**<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 | **Capital One**<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | **Capital One**<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 |
| **Capital One**<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | **Capital One**<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 | **Capital One**<br>PO Box 30285<br>Salt Lake City, UT  84130-0285 |
| **Capital One Bank USA N**<br>15000 Capital One Dr<br>Richmond, VA  23238-1119 | **Capital One Bank USA N**<br>15000 Capital One Dr<br>Richmond, VA  23238-1119 | **Capital One Bank USA N**<br>15000 Capital One Dr<br>Richmond, VA  23238-1119 |
| **Capital One Bank USA N**<br>15000 Capital One Dr<br>Richmond, VA  23238-1119 | **Capital One Bank USA N**<br>15000 Capital One Dr<br>Richmond, VA  23238-1119 | **Centurion IV LLC**<br>1332 Street Rd<br>Bensalem, PA  19020-4259 |
| **Centurion IV LLC**<br>1332 Street Rd<br>Bensalem, PA  19020-4259 | **Citibank/Best Buy**<br>Citicorp/Centralized Bankruptcy<br>PO Box 790040<br>Saint Louis, MO  63179-0040 | **Citibank/Best Buy**<br>Centalized Bankruptcy/Citicorp Credit Se<br>PO Box 790040<br>Saint Louis, MO  63179-0040 |
| **Citibank/the Home Depot**<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>PO Box 790040S<br>Louis, MO  63129 | **CIVIL COURT OF THE CITY OF NEW YORK - KI** | **CIVIL COURT OF THE CITY OF NEW YORK - KI** |
| **Credit One Bank NA**<br>PO Box 98875<br>Las Vegas, NV  89193-8875 | **Credit One Bank NA**<br>PO Box 98873<br>Las Vegas, NV  89193-8873 | **Danbury Leasing Lp** |
| **Nes Medical Services of New Yo** | **Nes Medical Services of New Yo** | **Sa-Vit Collection Agen**<br>46 W Ferris St<br>East Brunswick, NJ  08816-2159 |
| **Syncb/Care Credit**<br>950 Forrer Blvd<br>Kettering, OH  45420-1469 | **Synchrony Bank/Care Credit**<br>PO Box 965064<br>Orlando, FL  32896-5064 | **Thd/Cbna**<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 |

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Unknown Plaintiff**  **Vascular Endovascular Asso**

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)